STUART G. GROSS (#251019)
sgross@gross-law.com
DAN C. GOLDBERG (#287923)
dgoldberg@gross-law.com
**GROSS LAW, P.C.**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
ANDREW M. PURDY (#261912)
apurdy@saverilawfirm.com
KEVIN E. RAYHILL (#267496)
krayhill@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS;** and **PASKENTA ENTERPRISES CORPORATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**INES CROSBY**; **JOHN CROSBY**; **LESLIE LOHSE**; **LARRY LOHSE**; **TED PATA**; **JUAN PATA**; **CHRIS PATA**; **SHERRY MYERS**; **FRANK JAMES**; **UMPQUA BANK**; **UMPQUA HOLDINGS CORPORATION**; **GARTH MOORE**; **GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.**; **ASSOCIATED PENSION CONSULTANTS, INC.**; **HANESS & ASSOCIATES, LLC**; **ROBERT M. HANESS**; **THE PATRIOT GOLD & SILVER EXCHANGE, INC.**; and **NORMAN R. RYAN**,<br><br>Defendants,<br><br>**QUICKEN LOANS INC.**,<br><br>Nominal Defendants. | CASE NO.:  2:15-cv-00538-GEB-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; Case No. 2:15-cv-00538-GEB-CMK

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

WHEREAS, on March 10, 2015, the Paskenta Band of Nomlaki Indians and Paskenta Enterprises Corporation ("Plaintiffs") filed the Complaint in this action in the United States District Court for the Eastern District of California;

WHEREAS, Plaintiffs completed service upon Defendants Ines Crosby, et al. ("Defendants") on various days thereafter;

WHEREAS, certain Defendants have indicated their desire for additional time to evaluate the Complaint and the appropriate response thereto;

WHEREAS, Plaintiffs have given certain Defendants extensions of time to respond to the Complaint under Civil Local Rule 144(a), of between two and four weeks;

WHEREAS, Plaintiffs believe that it would be in the interest of efficient case management to establish a unified schedule for all Defendants to respond to the Complaint and for any related motion practice under Fed. Rule. Civ. Pro. 12(b);

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, by and through their respective counsel, Civil Local Rules 143 and 144, and subject to approval by the Court:

1. Defendants shall have twenty-eight (28) days from April 8, 2015, up to and including May 6, 2015, to file a responsive pleading in this matter;

2. Alternatively, in the event Plaintiffs file an Amended Complaint prior to May 6, 2015, Defendants shall have twenty-eight (28) days from the date of the Amended Complaint's filing to respond to it;

3. If Defendant's responsive pleading to either Plaintiffs' Complaint or Plaintiffs' Amended Complaint is in the form of a motion under Fed. R. Civ. Pro. 12(b):

   A. Plaintiffs' opposition to any such motion by Defendants will be due forty-five (45) days from the date Defendants' motion is filed; and

   B. Defendants' reply in support of any such motion will be due fourteen (14) days from the date Plaintiffs' opposition is filed.

IT IS HEREBY STIPULATED:

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; Case No. 2:15-cv-00538-GEB-CMK     1

1  DATED:                                    GROSS LAW, P.C.

2

3                                            By: /s/ Stuart G. Gross
                                                 Stuart G. Gross
4                                                Attorneys for Plaintiffs PASKENTA BAND
                                                 OF NOMLAKI INDIANS and PASKENTA
5                                                ENTERPRISES CORPORATION

6

   DATED:                                    LIBERTY LAW, A.P.C.
7

8                                            By: /s/ John M. Murray (as authorized on 4/7/15)
                                                 John M. Murray
9                                                Attorneys for Defendants INES CROSBY,
                                                 JOHN CROSBY, LESLIE LOHSE, LARRY
10                                               LOHSE, TED PATA, JUAN PATA, CHRIS
                                                 PATA, SHERRY MYERS, FRANK JAMES,
11                                               THE PATRIOT GOLD & SILVER
                                                 EXCHANGE, INC., and NORMAN R.
12                                               RYAN

13 DATED:                                    REED SMITH, LLP

14

15                                           By: /s/ Scott H. Jacobs (as authorized on 4/7/15)
                                                 Scott H. Jacobs
16                                               Attorneys for Defendants UMPQUA BANK,
                                                 AND UMPQUA HOLDINGS
17                                               CORPORATION

18 DATED:                                    MEHER LAW OFFICE

19

20                                           By: /s/ Ted Meher (as authorized on 4/10/15)
                                                 Ted Meher
21                                               Attorneys for Defendants GARTH MOORE,
                                                 AND GARTH MOORE INSURANCE AND
22                                               FINANCIAL SERVICES, INC.

23 DATED:                                    MURPHY, PEARSON, BRADLEY, & FEENEY

24

25                                           By: /s/ William Munoz (as authorized on 4/7/15)
                                                 William Munoz
                                                 Attorneys for Defendants ASSOCIATED
26                                               PENSION CONSULTANTS, INC.

27

28

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO
COMPLAINT; Case No. 2:15-cv-00538-GEB-CMK                                                    2

DATED: DOWNEY BRAND LLP

By: /s/ Kevin M. Seibert (as authorized on 4/7/15)
Kevin M. Seibert
Attorneys for Defendants HANESS & ASSOCIATES, LLC, AND ROBERT M. HANESS

DATED: BOUTIN JONES INC.

By: /s/ Michael Fogarty (as authorized on 4/6/15)
Michael Fogarty
Attorneys for Defendants QUICKEN LOANS, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: April 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; Case No. 2:15-cv-00538-GEB-CMK                                                                        3