STUART G. GROSS (#251019)
sgross@gross-law.com
DAN C. GOLDBERG (#287923)
dgoldberg@gross-law.com
**GROSS LAW, P.C.**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
ANDREW M. PURDY (#261912)
apurdy@saverilawfirm.com
KEVIN E. RAYHILL (#267496)
krayhill@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**INES CROSBY**; **JOHN CROSBY**; **LESLIE LOHSE**; **LARRY LOHSE**; **TED PATA**; **JUAN PATA**; **CHRIS PATA**; **SHERRY MYERS**; **FRANK JAMES**; **UMPQUA BANK**; **UMPQUA HOLDINGS CORPORATION**; **CORNERSTONE COMMUNITY BANK**; **CORNERSTONE COMMUNITY BANCORP**; **JEFFERY FINCK**; **GARTH MOORE**; **GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.**; **ASSOCIATED PENSION CONSULTANTS, INC.**; **HANESS & ASSOCIATES, LLC**; **ROBERT M. HANESS**; **THE PATRIOT GOLD & SILVER EXCHANGE, INC.**; and **NORMAN R. RYAN**,<br><br>Defendants,<br><br>**QUICKEN LOANS, INC.**; **CRP 111 WEST 141ST LLC**; **CASTELLAN MANAGING MEMBER LLC.**; **CRP WEST 168TH STREET LLC**; and **CRP SHERMAN AVENUE LLC**,<br><br>Nominal Defendants. | CASE NO.:  2:15-cv-00538-GEB-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NO. 72-2** |

STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NO. 72-2; Case No. 2:15-cv-00538-GEB-CMK

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

1   WHEREAS, on June 29, 2015, the Paskenta Band of Nomlaki Indians and Paskenta
2   Enterprises Corporation ("Plaintiffs") filed their Motion for a Preliminary Injunction
3   ("Motion"), Dkt. No. 72, which seeks to freeze the assets of Defendants Ines Crosby, John
4   Crosby, Leslie Lohse, and Larry Lohse ("Defendants");

5   WHEREAS, due to an oversight by Plaintiffs, Dkt. No. 72-2, the Declaration of Brandin
6   Paya in Support of Plaintiffs' Motion was filed with an attached Exhibit A which failed to
7   redact certain private, identifying information of Defendants', including full social security
8   numbers, home addresses, dates of birth, and driver's license numbers;

9   WHEREAS, Civil Local Rule 140 requires the redaction of such identifying
10  information;

11  WHEREAS, all information filed with the Court is of public record;

12  WHEREAS, the identifying information contained in Dkt. No. 72-2, Ex. A, may be
13  readily accessed and used to perpetrate a criminal act;

14  WHEREAS, the parties are in full agreement that the confidential identifying
15  information should be prevented from public access;

16  WHEREAS, the following redactions have been made to Dkt. No. 72-2, Ex. A, a copy of
17  which is submitted herewith:

18  1.  On page 2, Jon Pata's social security number and date of birth have been
19      redacted;
20  2.  On page 7, entitled "Currency Transaction Report," Ines Crosby's home address,
21      driver's license number, social security number, and date of birth have been
22      redacted;
23  3.  On page 8, Ines Crosby's driver's license number, home address, date of birth,
24      social security number, and P.O. Box number have been redacted;
25  4.  On page 9, Ines Crosby's home address and social security number have been
26      redacted from her W-9 tax form;
27  5.  On page 12, Ines Crosby's home address, driver's license number, social security

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NO. 72-2; Case No. 2:15-cv-00538-GEB-CMK                 1

number, and date of birth have been redacted; and

6. On page 19, the home addresses of each of the individuals listed have been redacted.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, by and through their respective counsel, pursuant to 5.2(a) and Civil Local Rules 140 and 143, and subject to approval by the Court, that:

1. The Clerk is instructed to remove Dkt. No. 72-2 from the case file; and
2. Plaintiffs may file the attached redacted copy of Dkt. No. 72-2.

IT IS HEREBY STIPULATED:

DATED: July 29, 15          GROSS LAW, P.C.

By:   */s/ Daniel Goldberg* _____

Daniel C. Goldberg
Attorneys for Plaintiffs PASKENTA BAND OF NOMLAKI INDIANS and PASKENTA ENTERPRISES CORPORATION

DATED: July 29, 15          LIBERTY LAW, A.P.C.

By:   */s/ John Murray (as authorized on July 28, 2015)*

John M. Murray
Attorneys for Defendants INES CROSBY, JOHN CROSBY, LESLIE LOHSE, LARRY LOHSE, TED PATA, JUAN PATA, CHRIS PATA, SHERRY MYERS, FRANK JAMES, THE PATRIOT GOLD & SILVER EXCHANGE, INC., and NORMAN R. RYAN

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NO. 72-2; Case No. 2:15-cv-00538-GEB-CMK                2

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: July 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NO. 72-2; Case No. 2:15-cv-00538-GEB-CMK      3