John M. Murray (232419)
Liberty Law, A.P.C.
2150 N. Main Street, STE 10
Red Bluff, CA 96080
530-529-4329
john@libertylawapc.com

Attorneys for Defendants INES CROSBY; JOHN CROSBY; LESLIE LOHSE; LARRY LOHSE; TED PATA; JON PATA; CHRIS PATA; SHERRY MYERS; FRANK JAMES; PATRIOT GOLD AND SILVER EXCHANGE, INC. AND NORMAN RYAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>INES CROSBY; JOHN CROSBY; LESLIE LOHSE; LARRY LOHSE; TED PATA; JUAN PATA; CHRIS PATA; SHERRY MYERS; FRANK JAMES; UMPQUA BANK; UMPQUA HOLDINGS CORPORATION; CORNERSTONE COMMUNITY BANK; CORNERSTONE COMMUNITY BANCORP; JEFFRY FINCK; GARTH MOORE; GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.; ASSOCIATED PENSION CONSULTANTS, INC.; HANESS & ASSOCIATES, LLC; ROBERT M. HANESS; THE PATRIOT GOLD & SERVER EXCHANGE, INC; and NORMAN R. RYAN,<br><br>Defendants.<br><br>QUICKEN LOANS, INC.; CRP 111 WEST 141ST STREET LLC; CASTELLAN MANAGING MEMBER LLC; CRP WEST 168TH STREET LLC; and CRP SHERMAN AVENUE LLC,<br><br>Nominal Defendants. | Case No. 15-cv-00538-GEB-CMK<br><br>**ORDER GRANTING DEFENDANTS INES CROSBY, JOHN CROSBY, LESLIE LOHSE, LARRY LOHSE, TED PATA, JON PATA, CHRIS PATA, SHERRY MYERS AND FRANK JAMES' EX PARTE MOTION TO EXTEND TIME TO RESPOND OR OTHERWISE PLEAD TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1 Defendants Ines Crosby, John Crosby, Leslie Lohse, Larry Lohse, Ted Pata, Jon
2 Pata, Chris Pata, Sherry Myers and Frank James' Motion to Extend Time to Answer or Otherwise
3 Plead to Plaintiffs' First Amended Complaint, (ECF No. 113), is GRANTED. These Defendants
4 are not required to respond to the First Amended Complaint but are instead ordered to respond to
5 the forthcoming Second Amended Complaint on November 2, 2015, pursuant to the Order filed
6 August 24, 2015 (ECF No. 107).

Dated:  September 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge