STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
DANIEL C. GOLDBERG (#287923)
dgoldberg@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
ANDREW M. PURDY (#261912)
apurdy@saverilawfirm.com
MATTHEW S. WEILER (#236052)
mweiler@saverilawfirm.com
KEVIN E. RAYHILL (#267496)
krayhill@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**INES CROSBY**; **JOHN CROSBY**; **LESLIE LOHSE**; **LARRY LOHSE**; **TED PATA**; **JUAN PATA**; **CHRIS PATA**; **SHERRY MYERS**; **FRANK JAMES**; **UMPQUA BANK**; **UMPQUA HOLDINGS CORPORATION**; **CORNERSTONE COMMUNITY BANK**; **CORNERSTONE COMMUNITY BANCORP**; **JEFFREY FINCK**; **GARTH MOORE**; **GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.**; **ASSOCIATED PENSION CONSULTANTS, INC.**; **HANESS & ASSOCIATES, LLC**; **ROBERT M. HANESS**; **THE PATRIOT GOLD & SILVER EXCHANGE, INC.**; and **NORMAN R. RYAN**,<br><br>Defendants, | Case No. 15-cv-00538-MCE-CMK<br><br>**STIPULATION AND ORDER CHANGING HEARING DATE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFFS' REQUESTS FOR PRODUCTION BY DEFENDANTS CORNERSTONE COMMUNITY BANK, CORNERSTONE COMMUNITY BANCORP AND JEFFERY FINCK**<br><br>Date: May 4, 2016<br>Time: 10:00 a.m.<br>Courtroom: 304<br>Judge: Hon. Craig M. Kellison |

PLEASE TAKE NOTICE that the parties continue to confer on their discovery disputes and, as a result, have agreed to stipulate to move the hearing date for Plaintiffs' Motion to Compel Production of Documents Responsive to Plaintiffs' Requests for Production by Defendants Cornerstone Community Bank, Cornerstone Community Bancorp and Jeffrey Finck to <u>May 4, 2016</u>, or on such other date to be set by the Court, at 2986 Bechelli Lane, Redding, CA 96002, 3rd Floor, Courtroom 304, before the Honorable Craig M. Kellison. This date replaces the originally scheduled hearing date of <u>April 20, 2016</u>.

Respectfully submitted,

Dated: April 12, 2016     **JOSEPH SAVERI LAW FIRM, INC.**

By:  <u>/s/ Andrew M. Purdy</u>
         Andrew M. Purdy

Dated: April 12, 2016     **FRIEDEMANN GOLDBERG LLP**

By:  <u>/s/ Kyle M. Fisher</u>
         Kyle M. Fisher (as authorized on April 11, 2016)

### [PROPOSED] ORDER

The Court having considered the parties' stipulation hereby ORDERS that the hearing date for Plaintiffs' Motion to Compel Production of Documents Responsive to Plaintiffs' Requests for Production by Defendants Cornerstone Community Bank, Cornerstone Community Bancorp and Jeffrey Finck shall be moved to May 4, 2016.

IT IS SO ORDERED.

Dated: April 12, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE