| | |
|---|---|
| STUART G. GROSS (#251019)<br>sgross@grosskleinlaw.com<br>DANIEL C. GOLDBERG (#287923)<br>dgoldberg@grosskleinlaw.com<br>**GROSS & KLEIN LLP**<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>t (415) 671-4628<br>f (415) 480-6688 | JOSEPH R. SAVERI (#130064)<br>jsaveri@saverilawfirm.com<br>ANDREW M. PURDY (#261912)<br>apurdy@saverilawfirm.com<br>MATTHEW S. WEILER (#236052)<br>mweiler@saverilawfirm.com<br>KEVIN E. RAYHILL (#267496)<br>krayhill@saverilawfirm.com<br>**JOSEPH SAVERI LAW FIRM, INC.**<br>555 Montgomery Street, Suite 1210<br>San Francisco, CA 94111<br>t (415) 500-6800<br>f (415) 395-9940 |

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**INES CROSBY**; **JOHN CROSBY**; **LESLIE LOHSE**; **LARRY LOHSE**; **TED PATA**; **JUAN PATA**; **CHRIS PATA**; **SHERRY MYERS**; **FRANK JAMES**; **UMPQUA BANK**; **UMPQUA HOLDINGS CORPORATION**; **CORNERSTONE COMMUNITY BANK**; **CORNERSTONE COMMUNITY BANCORP**; **JEFFERY FINCK**; **GARTH MOORE**; **GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.**; **ASSOCIATED PENSION CONSULTANTS, INC.**; **HANESS & ASSOCIATES, LLC**; **ROBERT M. HANESS**; **THE PATRIOT GOLD & SILVER EXCHANGE, INC.**; **NORMAN R. RYAN**; **GDK CONSULTING LLC**; and **GREG KESNER**<br><br>Defendants. | CASE NO.:  2:15-cv-00538-MCE-CMK<br><br>**STIPULATION AND ORDER FOR REVISED BRIEFING SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER FOR REVISED BRIEFING SCHEDULE; Case No. 2:15-cv-00538-MCE-CMK

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

1   WHEREAS, on May 20, 2016, the Paskenta Band of Nomlaki Indians and Paskenta
2   Enterprises Corporation ("Plaintiffs") filed the Third Amended Complaint ("TAC") in this
3   action;
4   WHEREAS, any motion to dismiss the TAC by Defendant Umpqua Bank and Umpqua
5   Holdings Corporation ("Umpqua") and Defendant Associated Pension Consultants Inc.
6   ("APC") would be due on June 6, 2016;
7   WHEREAS, pursuant to Civil Local Rule 230, Plaintiffs' opposition to Defendant
8   Umpqua's and/or Defendant APC's motion to dismiss the TAC would be due, at the latest,
9   fourteen (14) days thereafter, on June 20, 2016;
10  WHEREAS, pursuant to Civil Local Rule 230, Defendant Umpqua's and/or Defendant
11  APC's reply to Plaintiffs' opposition would be due, at the latest, seven (7) days thereafter, on
12  June 27, 2016;
13  WHEREAS, counsel for Plaintiffs has a previously scheduled oral argument before the
14  9th Circuit Court of Appeals set for June 21, 2016, and would be hard-pressed to devote the
15  necessary time and resources to the briefing required in this matter as the briefing schedule now
16  stands;
17  WHEREAS, Defendant Umpqua, Defendant APC, and Plaintiffs, agree that it would be
18  in the best interests of each of these parties to revise the briefing schedule mandated by the
19  applicable rules;
20  IT IS HEREBY STIPULATED, by and between Plaintiffs, on the one hand, and
21  Defendants Umpqua and APC, on the other, by and through their respective counsel, pursuant to
22  Civil Local Rules 143 and 144, and subject to approval by the Court:
23  1.   Defendants Umpqua and APC shall have thirty (30) days from May 20, 2016, up
24  to and including June 20, 2016, to file a responsive pleading in this matter;
25  2.   If Defendants' responsive pleading to Plaintiffs' TAC is in the form of a motion
26  under Fed. R. Civ. Pro. 12(b):
27     A.   Plaintiffs' opposition to any such motion will be due thirty (30) days
28  from the date Defendants' motion is filed; and

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

B.  Defendants' reply in support of any such motion will be due fourteen (14) days from the date Plaintiffs' opposition is filed.

IT IS HEREBY STIPULATED:

DATED: May 31, 2016                         GROSS & KLEIN LLP

By: /s/ Daniel C. Goldberg
Daniel C. Goldberg
Attorneys for Plaintiffs PASKENTA BAND OF NOMLAKI INDIANS and PASKENTA ENTERPRISES CORPORATION

DATED: May 31, 2016                         REED SMITH, LLP

By: /s/ Kasey J. Curtis (as authorized on 5/31/16)
Kasey J. Curtis
Attorneys for Defendants UMPQUA BANK, AND UMPQUA HOLDINGS CORPORATION

DATED: May 31, 2016                         MURPHY, PEARSON, BRADLEY, & FEENEY

By: /s/ William Munoz (as authorized on 5/31/16)
William Munoz
Attorneys for Defendants ASSOCIATED PENSION CONSULTANTS, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: June 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND ORDER FOR REVISED BRIEFING SCHEDULE; Case No. 2:15-cv-00538-MCE-CMK
2