MARTHA EVENSEN OPICH (SBN 95117)
mopich@kraftopich.com
JOHN H. McCARDLE (SBN 155115)
jmccardle@kraftopich.com
KRAFT OPICH, LLP
7509 Madison Avenue, Suite 111
Citrus Heights, California  95610
Telephone:  (916) 880-3040
Facsimile:  (916) 880-3045

JOHN F. FRIEDEMANN (SBN 115632)
jfriedemann@frigolaw.com
KYLE M. FISHER (SBN 127334)
kfisher@frigolaw.com
JOHN N. MACLEOD (SBN 269073)
jmacleod@frigolaw.com
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California  95403
Telephone:  (707) 543-4900
Facsimile:  (707) 543-4910

Attorneys for Defendants CORNERSTONE COMMUNITY BANK, CORNERSTONE COMMUNITY BANCORP, and JEFFREY FINCK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>INES CROSBY; et al.<br><br>Defendants,<br><br>QUICKEN LOANS, INC.; et al.<br><br>Nominal Defendants | CASE NO. 2:15-cv-00538-MCE-CMK<br><br>STIPULATION TO EXTEND TIME FOR CORNERSTONE DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT; ORDER<br><br>Judge:  Hon. Morrison C. England, Jr. |

1
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT;
ORDER
Case No. 15-CV-00538-MCE-CMK

IT IS HEREBY STIPULATED by and between the Plaintiffs PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION (together, "Plaintiffs") on the one hand and Defendants CORNERSTONE COMMUNITY BANK, CORNERSTONE COMMUNITY BANCORP, and JEFFREY FINCK (together the "Cornerstone Defendants"), on the other hand, by and through their respective undersigned counsel that the time for the Cornerstone Defendants to answer the Third Amended Complaint (the "TAC") be extended by two weeks from June 6, 2016, such that their answer be filed no later than June 20, 2016.

Good cause exists for this extension as the TAC is over 200 pages long and contains more than 800 paragraphs. The additional time will allow counsel for the Cornerstone Defendants to properly review the TAC and prepare an answer thereto.

DATED: June 6, 2016               GROSS LAW, P.C.

                                  By:*/s/Stuart G. Gross*

                                  _____
                                  Stuart G. Gross, Esq.
                                  Attorneys for Plaintiffs PASKENTA BAND OF
                                  NOMLAKI INDIANS and PASKENTA
                                  ENTERPRISES CORPORATION


DATED: June 6, 2016               KRAFT OPICH, LLP

                                  By:*/s/ John H. McCardle*

                                  _____
                                  John H. McCardle, Esq.
                                  Attorneys for Defendants CORNERSTONE
                                  COMMUNITY BANK, CORNERSTONE
                                  COMMUNITY BANCORP, AND JEFFREY
                                  FINCK

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Cornerstone Defendants' answer to the Third Amended Complaint shall be filed no later than June 20, 2016.

IT IS SO ORDERED.

Dated: June 6, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE