Stuart G. Gross (State Bar No. 251019)
Daniel C. Goldberg (State Bar No. 287923)
GROSS & KLEIN LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone:    (415) 671-4628
Facsimile:    (415) 480-6688
sgross@grosskleinlaw.com
dgoldberg@grosskleinlaw.com

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>**Plaintiffs**,<br><br>v.<br><br>**INES CROSBY**; **JOHN CROSBY**; **LESLIE LOHSE**; **LARRY LOHSE**; **TED PATA**; **JUAN PATA**; **CHRIS PATA**; **SHERRY MYERS**; **FRANK JAMES**; **UMPQUA BANK**; **UMPQUA HOLDINGS CORPORATION**; **CORNERSTONE COMMUNITY BANK**; **CORNERSTONE COMMUNITY BANCORP**; **JEFFERY FINCK**; **GARTH MOORE**; **GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.**; **ASSOCIATED PENSION CONSULTANTS, INC.**; **HANESS & ASSOCIATES, LLC**; **ROBERT M. HANESS**; **THE PATRIOT GOLD & SILVER EXCHANGE, INC.**; and **NORMAN R. RYAN**,<br><br>**Defendants**. | CASE NO. 2:15-cv-00538-GEB-CMK<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' SERVICE OF ADDITIONAL INTERROGATORIES** |

WHEREAS, Plaintiffs Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation (collectively "Plaintiffs") have exhausted the number of interrogatories allowed to be served upon Defendant John Crosby pursuant to Federal Rule of Civil Procedure 33;

WHEREAS, Plaintiffs have requested that Defendants John Crosby, Ines Crosby, Leslie Lohse, and Larry Lohse (collectively, "Defendants") each stipulate to allow Plaintiffs to serve additional written interrogatories beyond that prescribed by Federal Rule of Civil Procedure 33 on Defendants;

WHEREAS, Plaintiffs have requested an additional twenty-five (25) written interrogatories per Plaintiff to be served upon Defendants;

WHEREAS, Defendants have objected to the number of additional written interrogatories Plaintiffs have requested;

WHEREAS, in the spirit of compromise, Defendants have agreed to provide Plaintiffs with five (5) additional written interrogatories each (for a total of 10) to be served upon Defendant John Crosby;

WHEREAS, Plaintiffs reserve the right to seek additional discovery, while Defendants reserve the right to contend that no additional interrogatories to Defendants would be appropriate;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, by and through their respective counsel, pursuant to Federal Rule of Civ. Pro. 33(a)(1), that Plaintiffs may serve an additional ten (10) written interrogatories on Defendant John Crosby.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 8, 2016        GROSS & KLEIN LLP

By: */s/ Daniel C. Goldberg*
     Daniel C. Goldberg

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

DATED: May 20, 2016               KEKER & VAN NEST, LLP.

                                  By:   /s/ Matthew Werdegar (as authorized on 5/19/16)
                                         Matthew Werdegar

                                  *Attorneys For Defendants Ines Crosby, John Crosby, Leslie Lohse, Larry Lohse, Ted Pata, Juan Pata, Chris Pata, Sherry Myers, and Frank James*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 8, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE