William A. Munoz - 191649
    WMunoz@mpbf.com
Heather A. Barnes - 263107
    HBarnes@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
520 Capitol Mall, Suite 250
Sacramento, CA  95814
Telephone:    (916) 565-0300
Facsimile:    (916) 565-1636

Attorneys for Defendant
ASSOCIATED PENSION CONSULTANTS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>     Plaintiffs,<br><br>v.<br><br>INES CROSBY; JOHN CROSBY; LESLIE LOHSE; LARRY LOHSE; TED PATA; JUAN PATA; CHRIS PATA; SHERRY MYERS; FRANK JAMES; UMPQUA BANK; UMPQUA HOLDINGS CORPORATION; CORNERSTONE COMMUNITY BANK; CORNERSTONE COMMUNITY BANCORP; JEFFERY FINCK; GARTH MOORE; GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.; ASSOCIATED PENSION CONSULTANTS, INC.; HANESS & ASSOCIATES, LLC; ROBERT M. HANESS; THE PATRIOT GOLD & SILVER EXCHANGE, INC.; and NORMAN R. RYAN,<br><br>     Defendants. | Case No.: 2:15-cv-00538-MCE-CMK<br><br>**STIPULATION AND ORDER FOR REVISED BRIEFING SCHEDULE**<br><br>Judge:  Hon. Morrison C. England, Jr. |

WHEREAS, on May 20, 2016, the PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERRISES CORPORATION filed the Third Amended Complaint ("TAC") in this action.

- 1 -

STIPULATION TO EXTEND TIM EFOR ASSOCIATION PENSION CONSULTANTS, LLC TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT; ORDER

CASE NO.
2:15-CV00538-MCE-CMK

1  WHEREAS, counsel for Defendant ASSOCATED PENSION CONSULTANTS, INC.,
2 William A. Munoz, is out of the country and will not return to the United States until July 3, 2016.
3  WHEREAS, any motion to dismiss the TAC by Defendant ASSOCATED PENSION
4 CONSULTANTS, INC would be due on June 20, 2016.
5  WHEREAS, Plaintiffs and Defendant ASSOCIATED PENSION CONSULTANTS, INC.
6 agree that it would be in the best interests of these parties to revise the briefing schedule mandated by
7 the applicable rules:
8  IT IS HEREBY STIPULATED by Plaintiffs, on the one hand, and ASSOCIATED PENSION
9 CONSULTANTS, LLC, on the other hand, by their respective counsel, pursuant to Civil Local Rules
10 143 and 144, and subject to approval by the Court:
11  Defendant ASSOCIATED PENSION CONSULTANTS, INC. must file its response to the
12 Third Amended Complaint no later than July 10, 2016.
13  If ASSOCIATED PENSION CONSULTANTS, INC.'s response to the Third Amended
14 Complaint is a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6), Plaintiffs will have 30 days from
15 the date the motion is filed to file an opposition.

Dated: June 22, 2016

                                MURPHY, PEARSON, BRADLEY & FEENEY


                                By /s/William A. Munoz
                                    William A. Munoz
                                    Attorneys for Defendant
                                    ASSOCIATED PENSION CONSULTANTS, INC.


DATED:  June 20, 2016
                                GROSS LAW FIRM, P.C.


                                By /s/ Andrew M. Purdy
                                    Andrew W. Purdy
                                    Attorneys for Plaintiffs PASKENTA BAND OF
                                    NOMLAKI INDIANS and PASKENTA
                                    ENTERPRISES CORPORATION

- 2 -
STIPULATION TO EXTEND TIM EFOR ASSOCIATION PENSION CONSULTANTS, LLC TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT; ORDER

CASE NO.
2:15-CV00538-MCE-CMK

**O R D E R**

Pursuant to the parties' stipulation, and good cause appearing, Defendant The ASSOCIATED PENSION CONSULTANTS, LLC'S response to the Third Amended Complaint shall be filed no later than July 10, 2016.

IT IS SO ORDERED.

Dated: June 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION TO EXTEND TIM EFOR ASSOCIATION PENSION CONSULTANTS, LLC TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT; ORDER

CASE NO.
2:15-CV00538-MCE-CMK