Stuart G. Gross (SBN: 251019)
sgross@gross-law.com
Daniel C. Goldberg (SBN: 287923)
dgoldberg@gross-law.com
GROSS & KLEIN LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
And the Paskenta Enterprises Corporation*

Randall D. Haimovici (SBN: 213635)
rhaimovici@shb.com
Katherine A. Wolf (SBN: 267763)
kwolf@shb.com
SHOOK HARDY & BACON L.L.P.
One Montgomery St., Suite 2700
San Francisco, California 94104
Tel:  415.544.1900
Fax:  415.391.0281

*Attorneys for Defendants GDK Consulting and Greg Kesner*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>INES CROSBY; JOHN CROSBY; LESLIE LOHSE; LARRY LOHSE; TED PATA; JUAN PATA; CHRIS PATA; SHERRY MYERS; FRANK JAMES; UMPQUA BANK; UMPQUA HOLDINGS CORPORATION; CORNERSTONE COMMUNITY BANK; CORNERSTONE COMMUNITY BANCORP; JEFFERY FINCK; GARTH MOORE; GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.; ASSOCIATED PENSION CONSULTANTS, INC.; THE PATRIOT GOLD & SILVER EXCHANGE, INC.; GDK CONSULTING LLC; and GREG KESNER,<br><br>Defendants. | Case No. 2:15-cv-000538-MCE-CMK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS GDK CONSULTING LLC AND GREG KESNER TO RESPOND TO THIRD AMENDED COMPLAINT; ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel pursuant to Civil Local Rule 144 that:

1. Plaintiffs and Defendants GDK Consulting and Greg Kesner previously stipulated pursuant to Civil Local Rule 144(a) to extend the time for Defendants GDK Consulting and Greg Kesner to respond to the Third Amended Complaint to July 19, 2016.

2. The Parties agree that the time for Defendants GDK Consulting and Greg Kesner to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint should be extended to August 18, 2016.  If Defendants GDK Consulting and Greg Kesner file a motion to dismiss the Third Amended Complaint, Defendants will notice the motion for hearing on October 6, 2016.  The parties further stipulate that Plaintiffs' opposition to the motion will be due on September 22, 2016, and Defendants reply brief will be due on September 29, 2016.

Respectfully submitted,

Dated:  July 15, 2016                    GROSS & KLEIN LLP


By:_____/s/ Daniel C. Goldberg_____
        STUART G. GROSS
        DANIEL C. GOLDBERG

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

Dated:  July 15, 2016                    SHOOK HARDY & BACON L.L.P.

By:  _____/s/ Katherine A. Wolf_____
        RANDALL HAIMOVICI
        KATHERINE A. WOLF

*Attorneys for Defendants
GDK Consulting LLC and Greg Kesner*

# **ORDER**

Pursuant to the Parties' stipulation and Civil Local Rule 144, the time for Defendants GDK Consulting and Greg Kesner to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint is extended to August 18, 2016.  If Defendants GDK Consulting and Greg Kesner file a motion to dismiss the Third Amended Complaint, Defendants will notice the motion for hearing on October 6, 2016.  Plaintiffs' opposition to the motion will be due on September 22, 2016, and Defendants reply brief will be due on September 29, 2016.

IT IS SO ORDERED.

Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE