STUART G. GROSS (#251019)
sgross@grosskleinaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
ANDREW M. PURDY (#261912)
apurdy@saverilawfirm.com
KEVIN E. RAYHILL (#267496)
krayhill@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**INES CROSBY**; **JOHN CROSBY**; **LESLIE LOHSE**; **LARRY LOHSE**; **TED PATA**; **JUAN PATA**; **CHRIS PATA**; **SHERRY MYERS**; **FRANK JAMES**; **UMPQUA BANK**; **UMPQUA HOLDINGS CORPORATION**; **CORNERSTONE COMMUNITY BANK**; **CORNERSTONE COMMUNITY BANCORP**; **JEFFERY FINCK**; **GARTH MOORE**; **GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.**; and **ASSOCIATED PENSION CONSULTANTS, INC.**,<br><br>Defendants. | Case No. 2:15-cv-00538-MCE-CMK<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT ASSOCIATED PENSION CONSULTANTS, INC.'S MOTION TO DISMISS THE THRID AMENDED COMPLAINT**<br><br>Judge:   Hon. Morrison C. England, Jr. |

WHEREAS, on May 20, 2016, Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation ("Plaintiffs") filed the Third Amended Complaint ("TAC") in this action.

WHEREAS, pursuant to an order on stipulation, the deadline for a motion to dismiss the TAC by Defendant Associated Pension Consultants, Inc. ("APC") was due June 20, 2016;

WHEREAS, pursuant to a further order on stipulation, that deadline was extended to July 10, 2016 and other related deadlines were accordingly extended;

WHEREAS, on July 26, 2016, notice was given by Plaintiffs of Daniel C. Goldberg's withdrawal as counsel of record as a result of unexpected circumstances;

WHEREAS, Plaintiffs and APC agree that it would be in the best interest of these parties to revise the briefing schedule in light of Mr. Goldberg's unexpected withdrawal

IT IS HEREBY STIPULATED by Plaintiffs, on the one hand, and APC, on the other hand, by their respective counsel, pursuant to Civil Local Rules 143 and 144, and subject to approval by the Court:

1. Plaintiffs' deadline to file their Opposition to APC's Motion to Dismiss the Third Amended Complaint is extended to August 31, 2016;

2. APC's Reply in further support of its Motion to Dismiss the Third Party Complaint shall be filed fourteen (14) days thereafter.

3. APC shall re-notice the hearing on its Motion to Dismiss in accordance with Local Rules and this Court's Individual Practices.

Dated: July 29, 2016

**GROSS & KLEIN LLP**

*/s/ Stuart G. Gross*
STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*(Attorneys for the Plaintiffs)*

**MURPHY, PEARSON, BRADLEY & FEENEY**
By */s/ William A. Munoz*
William A. Munoz (#191649)
*(Attorneys for Defendant)*
Associated Pension Consultants, Inc.

## ORDER

In accordance with the foregoing stipulation, and good cause appearing.

**IT IS SO ORDERED**.

Dated: August 3, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER MODIFIYING BRIEFING SCHEDULE ON DEFENDANT APC's MOTION TO DISMIS THE THIRD AMENDED COMPLAINT; Case No: 2:15-cv-00538-MCE-CMK

2