STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
ANDREW M. PURDY (#261912)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>　　　　　　　**Plaintiffs**,<br><br>　　v.<br><br>**INES CROSBY**; **JOHN CROSBY**; **LESLIE LOHSE**; **LARRY LOHSE**; **TED PATA**; **JUAN PATA**; **CHRIS PATA**; **SHERRY MYERS**; **FRANK JAMES**; **UMPQUA BANK**; **UMPQUA HOLDINGS CORPORATION**; **CORNERSTONE COMMUNITY BANK**; **CORNERSTONE COMMUNITY BANCORP**; **JEFFERY FINCK**; **GARTH MOORE**; **GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.**; **ASSOCIATED PENSION CONSULTANTS, INC.**; **GDK CONSULTING LLC**; and **GREG KESNER**,<br><br>　　　　　　　**Defendants**. | Case No. 15-cv-00538-MCE-CMK<br><br>**ORDER ON PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO FILE OPPOSITIONS TO THE MOTIONS FOR SUMMARY JUDGMENT OF CORNERSTONE COMMUNITY BANK, CORNERSTONE COMMUNITY BANCORP AND JEFFERY FINCK AND ANY CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Civil L.R. 144(e)] |

This matter came before the undersigned Honorable Morrison C. England of the above-entitled Court upon Plaintiffs' *Ex Parte* Application For an Order Extending Time to File Oppositions to the Motions For Summary Judgment of Cornerstone Community Bank, Cornerstone Community Bancorp And Jeffery Finck And Any Cross-Motion For Summary Judgment.  The Court having considered the motions and all papers filed concerning the motions, all other pertinent documents and pleadings filed in this action, and the parties having been afforded the opportunity to be heard, and good cause having been shown,

NOW, therefore, it is hereby ORDERED and ADJUDGED:

1. The briefing schedule for the Motions for Summary Judgment of Cornerstone Community Bank, Cornerstone Community Bancorp and Jeffrey Fink ("Cornerstone Defendants") is modified as follows:

    a. <u>November 3, 2016</u>: Last day for Plaintiffs to file an opposition to Cornerstone Defendants' Motions for Summary Judgment and any cross motion for summary judgment;

    b. <u>November 17, 2016</u>: Last day for the Cornerstone Defendants to file replies in support of their Motions for Summary Judgment and oppositions to any cross motion for summary judgment;

    c. <u>November 24, 2016</u>: Last day for the Plaintiffs to file a reply in support of any cross motion for summary judgment; and

    d. <u>December 1, 2016</u>: Hearing on the Cornerstone Defendants' Motions for Summary Judgment and any cross motion by the Plaintiffs.

IT IS SO ORDERED.

DATED:  October 13, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO FILE AN OPPOSITION TO THE MOTIONS FOR SUMMARY JUDGMENT OF CORNERSTONE COMMUNITY BANK, CORNERSTONE COMMUNITY BANCORP AND JEFFERY FINCK; Case No. 15-cv-00538-MCE-CMK

2

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111