IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BANK OF NOMLAKI INDIANS, et al., | No. 2:15-cv-0538-MCE-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| INES CROSBY, et al., | |
| Defendants. | |
| _____ / | |

The court is in receipt of a stipulation between plaintiffs and defendants Cornerstone Community Bank, Cornerstone Community Bancorp, and Jeffrey Finck's ("Defendants") regarding a declaration containing unredacted financial information. Pursuant to Local Rule 140, all financial account numbers are to be redacted except the last four numbers. The parties acknowledge the exhibit to defense counsel's declaration (Doc. 324) contains account numbers that should have been redacted prior to filing of the documents. The parties request the court remove the declaration and exhibit from the case file, and allow a redacted version of the declaration to be filed. The court agrees that the unredacted financial information needs to be restricted.

///

1       Accordingly, IT IS HEREBY ORDERED that :

2       1.     The Clerk of the Court is directed to restrict access to counsel's declaration (Doc. 324); and

4       2.     Defendants may refile a redacted version of the declaration and exhibits.

DATED: December 14, 2016

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE