Stuart G. Gross (SBN: 251019)
sgross@gross-law.com
GROSS & KLEIN LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

Katherine A. Wolf (SBN: 267763)
kwolf@shb.com
SHOOK HARDY & BACON L.L.P.
One Montgomery St., Suite 2700
San Francisco, California 94104
Tel:  415.544.1900
Fax:  415.391.0281

*Attorneys for Defendants GDK Consulting LLC and Greg Kesner*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>INES CROSBY; JOHN CROSBY; LESLIE LOHSE; LARRY LOHSE; TED PATA; JUAN PATA; CHRIS PATA; SHERRY MYERS; FRANK JAMES; UMPQUA BANK; UMPQUA HOLDINGS CORPORATION; CORNERSTONE COMMUNITY BANK; CORNERSTONE COMMUNITY BANCORP; JEFFERY FINCK; GARTH MOORE; GARTH MOORE INSURANCE AND FINANCIAL SERVICES, INC.; ASSOCIATED PENSION CONSULTANTS, INC.; THE PATRIOT GOLD & SILVER EXCHANGE, INC.; GDK CONSULTING LLC; and GREG KESNER,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-000538-MCE-CMK<br><br>**PARTIES' STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS GDK CONSULTING LLC AND GREG KESNER** |

1 This stipulation is entered into by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation and Defendants GDK Consulting LLC and Greg Kesner (collectively, the "Parties"), by and through their respective counsel:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismissal of Plaintiffs' claims in the action against Defendants GDK Consulting LLC and Greg Kesner in their entirety with prejudice pursuant to a confidential settlement agreement entered into between the Parties, with each Party bearing its own attorneys' fees and costs. No claim by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation against any other Defendant in this action is affected.

Respectfully submitted,

Dated: December 2, 2016                GROSS & KLEIN LLP

By: _____*/s/ Stuart G. Gross*_____
            STUART G. GROSS

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

Dated: December 2, 2016                SHOOK HARDY & BACON L.L.P.

By: _____*/s/ Katherine A. Wolf*_____
            KATHERINE A. WOLF

*Attorneys for Defendants GDK Consulting LLC and Greg Kesner*

///
///
///
///
///
///
///
///

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefore, the above-entitled action is HEREBY DISMISSED WITH PREJUDICE as to Defendants GDK Consulting LLC and Greg Kesner. No claim by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation against any other Defendant in this action is affected.

IT IS SO ORDERED.

Dated: January 6, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE