UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION , <br><br>  Plaintiff, <br><br>   v. <br><br> INES CROSBY; et al., <br><br>  Defendants. | Case No.  2:15-cv-00538-MCE-CMK <br><br> **FINAL JUDGMENT** |

**XX −− Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/21/17**

    IT IS ORDERED AND ADJUDGED that final judgment is hereby ENTERED in favor of defendants:  Cornerstone Community Bank; Cornerstone Community Bancorp; Jeffery Finck; Umpqua Bank; Umpqua Holdings Corp.; Garth Moore; Garth Moore Insurance and Financial Services, Inc.; and Associated Pension Consultants, Inc.

February 21, 2017                                                              MARIANNE MATHERLY, CLERK

                                                                                                    By: /s/  R. Becknal, Deputy Clerk