

Crowe Horwath LLP
Independent Member Crowe Horwath International

CROWE HORWATH LLP  P.O. BOX 51660, LOS ANGELES, CA 90051-5960
Please use P.O. Box address for payments only.

Murphy Pearson Bradley & Feeney
520 Capitol Mall, Suite 250
Sacramento, CA  95814-4722

February 24, 2016

**TERMS: PAYABLE UPON RECEIPT**
**INVOICE NO: 745-2007977**
Acct No. 692511.007 (PF#3162415)
F.E.I.N. 35-0921680

PROFESSIONAL SERVICES, for the period ended February 2, 2016:

In the Matter of Associated Pension Consultants:

- Meetings with counsel.
- On-site forensic collection and meeting with client.
- eDiscovery data processing.
- Reconciliation of previous production to raw data set.
- eDiscovery production of load file pursuant to stipulated discovery order.
- eDiscovery production load file quality control review.

| | | |
|---|---|---:|
| Director | 14.25 hours x $ 395 | $ 5,628.75 |
| Senior Manager | 14.50 hours x $ 325 | 4,712.50 |
| Manager | 1.00 hour   x $ 200 | 200.00 |
| Senior | 5.50 hours x $ 175 | 962.50 |
| eDiscovery Expense. | | 1,745.51 |
| | Total | $ 13,249.26 |

**eDiscovery Detail**

| *Item* | *Rate* | *Unit* | *Volume* | *Total to Date* |
|---|---|---|---|---|
| Processing and indexing of data | $ 35.00 | GB | 45 | $ 1,575.00 |
| Monthly data hosting | $ 15.00 | GB | 0 | 0.00 |
| Intella user accounts | $ 100.00 | user | 0 | 0.00 |
| TIF/PDF image creation | $ 0.02 | page | 3269 | 65.38 |
| OCR | $ 0.02 | page | 3269 | 65.38 |
| Data export for productions | $ 75.00 | GB | 0.53 | 39.75 |
| Total | | | | $ 1,745.51 |

**If you have any questions concerning this invoice, please call the Billing Department at (916) 441-1000.**



Crowe Horwath LLP
Independent Member Crowe Horwath International

CROWE HORWATH LLP   P.O. BOX 51660, LOS ANGELES, CA 90051-5960
Please use P.O. Box address for payments only.

# REMITTANCE ADVICE
## Please return this page with payment

Murphy Pearson Bradley & Feeney
520 Capitol Mall, Suite 250
Sacramento, CA  95814-4722

February 24, 2016

**TERMS: PAYABLE UPON RECEIPT**
**INVOICE NO: 745-2007977**
Acct No. 692511.007 (PF#3162415)
F.E.I.N. 35-0921680

PROFESSIONAL SERVICES, for the period ended February 2, 2016:

Invoice Amount (per invoice enclosed)            $      13,249.26

**If you have any questions concerning this invoice, please call the Billing Department at (916) 441-1000.**