STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
BENJAMIN H. KLEIN (#313922)
bklein@grosskleinlaw.com
RACHEL N. RIVERS (#291283)
rrivers@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
ANDREW M. PURDY (#261912)
apurdy@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**, <br><br> Plaintiffs, <br><br> v. <br><br> **INES CROSBY**; et al. <br><br> Defendants. | Case No. 15-cv-00538-MCE-CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS UMPQUA, CORNERSTONE COMMUNITY BANK, AND ASSOCIATED PENSION CONSULTANTS' MOTIONS FOR ATTORNEYS' FEES AND TO EXTEND THE TIME FOR DEFENDANTS** |

The Paskenta Bank of Nomlaki Indians ("Tribe") and the Paskenta Enterprises Corporation ("PEC," collectively, "Plaintiffs"), and Associated Pension Consultants, Inc. ("APC"), Cornerstone Community Bank ("CCB"), and Umpqua Bank and Umpqua Holdings Corporation ("Umpqua"), (collectively, "Defendants") stipulate and agree, subject to Court approval, as follows:

1. The Opposition to each of Defendants' Motions for Attorneys' Fees, served on March 7, 2017 and due on April 6, 2017 is hereby extended to April 20, 2017.

2. Defendants' Replies in Support of their Motions for Attorney's Fees, due on April 13, 2017 are hereby extended to May 4, 2017.

3. The hearing on Defendants' Motions for Attorneys' Fees, originally calendared on April 20, 2017, in Department 7, at 2:00 p.m. is hereby re-calendared for May 18, 2017, in Department 7, at 2:00 p.m.

IT IS HEREBY STIPULATED.

DATED: March 27, 2017                     **Gross & Klein LLP**

By: __/s/ Stuart G Gross_____
    STUART G. GROSS
    Attorney for Plaintiffs
    PASKENTA BANK OF NOMLAKI INDIANS
    AND PASKENTA ENTERPRISES
    CORPORATION

DATED: March 23, 2017                     **REED SMITH LLP**

By: _/s/_Kasey J. Curtis_(as authorized 3/22/17)_
    Kasey J. Curtis
    Attorneys for Defendants
    UMPQUA BANK, and UA HOLDINGS
    CORPORATION

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION & ORDER EXTENDING PLTS' TIME TO RESPOND TO DEFS' MOTION FOR ATTORNEYS' FEES & EXTENDING DEFS' TIME TO FILE A REPLY; Case No. 15-cv-00538-MCE-CMK

1

DATED: March 23, 2017            **MURPHY, PEARSON, BRADLEY, & FEENEY**

By:  */s/ William Munoz*  (as authorized 3/22/17)
    William Munoz
    Attorneys for Defendants
    ASSOCIATED PENSION
    CONSULTANTS, INC.

DATED: March 23, 2017            **Friedmann Goldberg LLP**

By:  */s/ Kyle Fisher*  (as authorized 3/22/17)
    Kyler Fisher
    Attorneys for Defendants
    CORNERSTONE COMMUNITY BANK,
    CORNERSTONE COMMUNITY BANCORP,
    and JEFFREY FINCK

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

**DATED: MARCH 27, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER EXTENDING PLTS' TIME TO RESPOND TO DEFS' MOTION FOR ATTORNEYS' FEES & EXTENDING DEFS' TIME TO FILE A REPLY; Case No. 15-cv-00538-MCE-CMK

2