| | |
|---|---|
| STUART G. GROSS - #251019<br>sgross@grosskleinlaw.com<br>BENJAMIN H. KLEIN - #313922<br>bklein@grosskleinlaw.com<br>RACHEL N. RIVERS - #291283<br>rrivers@grosskleinlaw.com<br>GROSS & KLEIN LLP<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>Telephone: 415 671 4628<br>Facsimile: 415 480 6688<br><br>Attorneys for Plaintiffs the PASKENTA BAND OF NOMLAKI INDIANS AND THE PASKENTA ENTERPRISES CORPORATION | KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>MATTHEW WERDEGAR - # 200470<br>mwerdegar@keker.com<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>MARK JOSEPH KENNEY - # 87345<br>mjk@severson.com<br>REBECCA S. SAELAO - # 222731<br>rss@severson.com<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415 398 3344<br>Facsimile: 415 956 0439<br><br>Attorneys for Defendants INES CROSBY; JOHN CROSBY; LESLIE LOHSE; LARRY LOHSE; TED PATA; JUAN PATA; CHRIS PATA; SHERRY MYERS; FRANK JAMES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>INES CROSBY; *et al.*,<br><br>      Defendants. | Case No. 2:15-CV-00538-MCE -CMK<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Date Filed: March 10, 2015 |

Pursuant to the Court's April 20, 2017 Memorandum and Order [ECF 415] requiring the parties to file a Joint Status Report advising the Court as to the status of the criminal action, Plaintiff the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation ("Plaintiff" or "Paskenta") and Defendants Ines Crosby, John Crosby, Leslie Lohse, Larry Lohse, Ted Pata, Juan Pata, Chris Pata, Sherry Myers and Frank James (collectively "Defendants"), submit the following:

The criminal action (Case No. 2:17-CR-00006-MCE) is ongoing. A status conference has been set for September 14, 2017. No trial date has been set.

Dated: July 19, 2017                                KEKER, VAN NEST & PETERS LLP

                                         By:  /s/ *Benedict Y. Hur*
                                              ELLIOT R. PETERS
                                              MATTHEW WERDEGAR
                                              BENEDICT Y. HUR

                                              Attorneys for Defendants INES CROSBY;
                                              JOHN CROSBY; LESLIE LOHSE; LARRY
                                              LOHSE; TED PATA; JUAN PATA; CHRIS
                                              PATA; SHERRY MYERS; FRANK JAMES

Dated: July 19, 2017                                GROSS & KLEIN LLP

                                         By:  /s/ *Stuart G. Gross* (as authorized 7/19/2017)
                                              STUART G. GROSS
                                              BENJAMIN H. KLEIN
                                              RACHEL N. RIVERS

                                              Attorneys for Plaintiff the PASKENTA
                                              BAND OF NOMLAKI INDIANS AND
                                              THE PASKENTA ENTERPRISES
                                              CORPORATION