| | |
|---|---|
| STUART G. GROSS (#251019) | JOSEPH R. SAVERI (#130064) |
| sgross@grosskleinlaw.com | jsaveri@saverilawfirm.com |
| BENJAMIN H. KLEIN (#313922) | KEVIN E. RAYHILL (#267496) |
| bklein@grosskleinlaw.com | krayhill@saverilawfirm.com |
| **GROSS & KLEIN LLP** | **JOSEPH SAVERI LAW FIRM, INC.** |
| The Embarcadero | 555 Montgomery Street, Suite 1210 |
| Pier 9, Suite 100 | San Francisco, CA 94111 |
| San Francisco, CA 94111 | t (415) 500-6800 |
| t (415) 671-4628 | f (415) 395-9940 |
| f (415) 480-6688 | |

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>                            **Plaintiffs**,<br><br>     v.<br><br>**INES CROSBY; et al.**<br><br>                            **Defendants**, | CASE NO.: 2:15-cv-00538-MCE-CMK<br><br>**STIPULATION AND ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NOS. 67-3, 67-4, 72-8, AND 73-3** |

Case No. 2:15-cv-00538-MCE-CMK

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

WHEREAS, on June 16, 2015, the Paskenta Band of Nomlaki Indians and Paskenta Enterprises Corporation ("Plaintiffs") filed the Declaration of Natasha Magana in Support of Plaintiffs' Opposition to RICO Defendants' Motion to Stay or in Alternative Dismiss Pending Arbitration and Plaintiffs' Counter-Motion to Stay the Arbitration, Dkt. No. 67-3, Exhibits J and K of which were, due to an oversight by Plaintiffs, filed without redacting certain private, identifying information of third parties, including full social security numbers, dates of birth, financial account numbers, driver's license numbers, and children's names;

WHEREAS, on June 16, 2015, Plaintiffs filed the Declaration of Ambrosia Rico in Support of Plaintiffs' Opposition to RICO Defendants' Motion to Stay or in Alternative Dismiss Pending Arbitration and Plaintiffs' Counter-Motion to Stay the Arbitration, Dkt. No. 67-4, Exhibits E through J of which, according to Plaintiffs, were filed without redacting certain private, identifying information of Plaintiffs and Defendants, including financial account numbers, due to an oversight by Plaintiffs;

WHEREAS, on June 29, 2015, Plaintiffs filed the Declaration of Stuart G. Gross in Support of Plaintiffs' Motion for a Preliminary Injunction, Dkt. No. 72-8, Exhibit H of which, according to Plaintiffs, was filed without redacting certain private, identifying information of Plaintiffs and third parties, including financial account numbers, due to an oversight by Plaintiffs;

WHEREAS, on June 29, 2015, Plaintiffs filed the Declaration of Stuart G. Gross in Support of Plaintiffs' Opposition to (1) The RICO Defendants' Fed. R. Civ. P. 12(B)(1) Motion to Dismiss; (2) The Umpqua Defendants' Fed. R. Civ. P. 12(B)(6) Motion to Dismiss; (3) The Cornerstone Defendants' Fed. R. Civ. P. 12(B)(6) Motion to Dismiss; (4) APC's Fed. R. Civ. P. 12(B)(6) Motion to Dismiss and 12(F) Motion to Strike; (5) The Haness Defendants' Fed. R. Civ. P. 12(B)(6) Motion to Dismiss; and (6) the Moore Defendants' Fed. R. Civ. P. 12(B)(6) Motion to Dismiss, Dkt. No. 73-3, Exhibits B through F of which were, according to Plaintiffs, filed without redacting certain private, identifying information of Defendants, including dates of birth, due to an oversight by Plaintiffs;

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NOS. 67-3, 67-4, 72-8, AND 73-3;
Case No. 2:15-cv-00538-MCE-CMK   1

WHEREAS, Civil Local Rule 140 requires the redaction of such identifying information;

WHEREAS, all information filed with the Court is of public record;

WHEREAS, the identifying information contained in Dkt. Nos. 67-3, 67-4, 72-8, and 73-3, may be readily accessed and used to perpetrate a criminal act;

WHEREAS, the parties are in full agreement that the confidential identifying information should be prevented from public access;

WHEREAS, the following redactions have been made to Dkt. No. 67-3, a copy of which is submitted herewith as Exhibit 1:

1. On page 1 of Exhibit J, a third party's financial account numbers and social security numbers have been redacted;
2. On page 2 of Exhibit J, third parties' social security numbers and dates of birth, and children's names have been redacted;
3. On page 1 of Exhibit K, a third party's social security number has been redacted;
4. On page 5 of Exhibit K, a third party's driver's license number has been redacted;

WHEREAS, the following redactions have been made to Dkt. No. 67-4, a copy of which is submitted herewith as Exhibit 2:

1. On pages 1 through 4 of Exhibit E, Plaintiffs' financial account numbers have been redacted;
2. On pages 1 and 2 of Exhibit F, Plaintiffs' financial account numbers have been redacted;
3. On pages 1 and 2 of Exhibit G, Plaintiffs' financial account numbers have been redacted;
4. On page 1 of Exhibit H, Plaintiffs' and Defendant Larry Lohse's financial account numbers have been redacted;
5. On page 1 of Exhibit I, Plaintiffs' and Defendant Larry Lohse's financial account

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NOS. 67-3, 67-4, 72-8, AND 73-3; Case No. 2:15-cv-00538-MCE-CMK 2

numbers have been redacted;

6. On page 1 of Exhibit J, Plaintiffs' financial account numbers have been redacted.

WHEREAS, the following redactions have been made to Dkt. No. 72-8, a copy of which is submitted herewith as Exhibit 3:

1. On pages 1, 10, and 19 of Exhibit H, Plaintiffs' and third parties' financial account numbers have been redacted.

WHEREAS, the following redactions have been made to Dkt. No. 73-3, a copy of which is submitted herewith as Exhibit 4:

1. On pages 19 and 41 of Exhibit B, Defendants John Crosby, Ines Crosby, Leslie Lohse, Larry Lohse, and Sherry Myers' dates of birth have been redacted;

2. On pages 17 and 40 of Exhibit C, Defendants John Crosby, Ines Crosby, Leslie Lohse, Larry Lohse, and Sherry Myers' dates of birth have been redacted;

3. On page 20 of Exhibit D, Defendants John Crosby, Ines Crosby, Leslie Lohse, Larry Lohse, and Sherry Myers' dates of birth have been redacted;

4. On page 16 of Exhibit E, Defendants John Crosby, Ines Crosby, Leslie Lohse, Larry Lohse, and Sherry Myers' dates of birth have been redacted;

5. On page 15 of Exhibit F, Defendants John Crosby, Ines Crosby, Leslie Lohse, Larry Lohse, and Sherry Myers' dates of birth have been redacted;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, by and through their respective counsel, pursuant to 5.2(a) and Civil Local Rules 140 and 143, and subject to approval by the Court, that:

1. The Clerk is instructed to remove Dkt. Nos. 67-3, 67-4, 72-8, and 73-3 from the case file; and

2. Plaintiffs may file the attached redacted copies of Dkt. Nos. 67-3, 67-4, 72-8, and 73-3.

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND ORDER REGARDING PROPOSED REDACTIONS TO DOCKET NOS. 67-3, 67-4, 72-8, AND 73-3;
Case No. 2:15-cv-00538-MCE-CMK                                           3

|     |                              |                                                                                                                                                |
| --- | ---------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                              |                                                                                                                                                |
| 2   | IT IS HEREBY STIPULATED:     |                                                                                                                                                |
| 3   |                              |                                                                                                                                                |
| 4   |                              |                                                                                                                                                |
| 5   | DATED: July 17, 2018         | GROSS & KLEIN LLP                                                                                                                              |
| 6   |                              |                                                                                                                                                |
| 7   |                              | By:   /s/                                                                                                                                      |
| 8   |                              | Stuart G. Gross  Attorneys for Plaintiffs PASKENTA BAND OF NOMLAKI INDIANS and PASKENTA                                                        |
| 9   |                              | ENTERPRISES CORPORATION                                                                                                                        |

DATED: July 17, 2018    KEKER, VAN NEST & PETERS LLP

By:   /s/ (authorized 7/10/18)

Benedict Yung Hur
Erin E. Meyer
Attorneys for Defendants INES CROSBY, JOHN CROSBY, LESLIE LOHSE, LARRY LOHSE, TED PATA, JUAN PATA, CHRIS PATA, SHERRY MYERS, and FRANK JAMES,

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

**Dated: July 17, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

.

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111