1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS - # 158708
2  epeters@kvn.com
   MATTHEW WERDEGAR - # 200470
3  mwerdegar@kvn.com
   ERIN E. MEYER - #274244
4  emeyer@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
6  Facsimile:  415 397 7188

7  Attorneys for Defendants INES CROSBY;
   JOHN CROSBY; LESLIE LOHSE; LARRY
8  LOHSE; TED PATA; JUAN PATA; CHRIS
   PATA; SHERRY MYERS; FRANK JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>INES CROSBY; *et al.*,<br><br>    Defendants. | Case No. 2:15-cv-00538-MCE -CMK<br><br>**ORDER GRANTING REQUESTS TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO VACATE STAY**<br><br>Courtroom: 7<br>Judge:    Hon. Morrison C. England, Jr.<br><br>Date Filed: March 10, 2015 |

# ORDER

Before the Court is Defendants' Request [ECF No. 470] to Extend Deadline to Respond to Motion to Vacate Stay [ECF No. 467]. Defendant/Respondent on Appeal Associated Pension Consultants, Inc. ("APC") joined in that Request [ECF No. 471). The Court, having considered said requests along with all papers filed in support of and in opposition to thereto, as well as other pertinent documents and pleadings filed in this action, and good cause having been shown,

NOW, therefore, it is hereby **ORDERED** that the deadline to respond to Plaintiffs' Motion to Vacate the Stay of Proceedings is extended by sixty (60) days to allow Defendants to secure substitute counsel. That extension also applies to any filing in response to Plaintiffs' Motion to be submitted by APC. Should said parties choose to do so, they are accordingly directed to respond to Plaintiffs' motion not later than February 3, 2020. Keker, Van Nest & Peters LLP is ordered to notify Defendants of this Order, notwithstanding the pending Motion to Withdraw as Counsel.

**IT IS SO ORDERED.**

DATED: December 4, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1358109