1 KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
2 epeters@kvn.com
MATTHEW WERDEGAR - # 200470
3 mwerdegar@kvn.com
ERIN E. MEYER - #274244
4 emeyer@keker.com
633 Battery Street
5 San Francisco, CA 94111-1809
Telephone: 415 391 5400
6 Facsimile: 415 397 7188

7 Attorneys for Defendants INES CROSBY;
JOHN CROSBY; LESLIE LOHSE; LARRY
8 LOHSE; TED PATA; JUAN PATA; CHRIS
PATA; SHERRY MYERS; FRANK JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>INES CROSBY; *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00538-MCE -CMK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS INES CROSBY, JOHN CROSBY, LESLIE LOHSE, LARRY LOHSE, TED PATA, JUAN PATA, CHRIS PATA, SHERRY MYERS, AND FRANK JAMES.**<br><br>Date: January 9, 2020<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br><br>Date Filed: March 10, 2015 |

Before the Court is the Motion to Withdraw as Counsel for Defendants Ines Crosby, John Crosby, Leslie Lohse, Larry Lohse, Ted Pata, Juan Pata, Chris Pata, Sherry Myers, and Frank James (the "Defendants") filed by Defendants' counsel, the law firm of Keker, Van Nest & Peters LLP on November 27, 2019. ECF No. 469. This matter was scheduled for hearing on January 9, 2020 in Courtroom 7, before the Honorable Morrison C. England of the above-entitled Court, and

subsequently was submitted on the papers. On December 19, 2019, Plaintiffs and Defendant Associated Pension Consultants, Inc. filed Statements of Non-Opposition to Defendants' Motion. ECF Nos. 478, 479. No opposition was submitted by Defendants, and the Declaration of Erin E. Meyer indicates that Defendants were each contacted by counsel and expressly consented to counsel's withdrawal.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw. Keker, Van Nest & Peters LLP has complied with those requirements and its request to withdraw is accordingly proper.

Because counsel's request is both procedurally correct and unopposed, the Motion to Withdraw as Counsel of Record (ECF No. 469) is GRANTED. The law firm of Keker, Van Nest & Peters LLP is consequently relieved as counsel of record for Defendants effective upon the filing of a proof of service of this signed Order on said Defendant.

Pending the submission of any substitution of counsel filed by Ines Crosby, John Crosby, Leslie Lohse, Larry Lohse, Ted Pata, Juan Pata, Chris Pata, Sherry Myers, and/or Frank James, the Clerk is notified that these Defendants are proceeding *in propia persona*, and their addresses are listed in the Declaration of Erin E. Meyer filed concurrently with the Motion to Withdraw.

IT IS SO ORDERED.

Dated: January 10, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE