# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS, et al., | No. 2:15-CV-0538-MCE-DMC |
| Plaintiffs, | |
| v. | ORDER |
| INES CROSBY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Plaintiffs' notice, ECF No. 494, to reschedule the hearing on their motions to compel, currently set for November 4, 2020, to December 2, 2020. Plaintiffs' notice will be construed as a motion to continue and, so construed, will be granted in part. The motion will be granted to the extent the November 4, 2020, hearing will be vacated. The motion will be denied to the extent that, in lieu of a re-noticed hearing on December 2, 2020, the motions to compel are submitted on the record and briefs without oral argument pursuant to Eastern District of California Local Rule 230(g).

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' notice, ECF No. 494, is construed as a motion to continue;

2. So construed, Plaintiffs' motion is granted in part and denied in part;

3. The hearing on Plaintiffs' motions to compel set for November 4, 2020, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated; and

4. Plaintiffs' motions to compel are submitted on the papers without further briefing and without oral argument.

Dated: November 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE