STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
GEORGE A. CROTON (#323766)
gcroton@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
KEVIN E. RAYHILL (#267496)
krayhill@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>                              **Plaintiffs**,<br><br>v.<br><br>**INES CROSBY**; **et al.**<br><br>                              **Defendants**. | Case No. 2:15-cv-00538-MCE-DMC<br><br>**TEMPORARY PROTECTIVE ORDER** |

On January 6, 2021, Plaintiffs Paskenta Band of Nomlaki Indians and Paskenta Enterprises Corporation ("Plaintiffs") applied for an Ex Parte Temporary Protective Order. ECF No. 505. No opposition to that request has been made. Consequently, having considered the briefs and other documents and evidence submitted, and for good cause appearing therefore, the Court makes the following findings:

Defendant John Crosby is a natural person, and the real property located at 735 Royal Oaks Dr, Redding, CA 96001 is subject to attachment.

Plaintiffs have a contractual right to at least $2,705,643.08 in restitution as guaranteed in Defendant John Crosby's Plea Agreement. The amount to be secured by attachment under the application for the right to attach is at least $599,600.00.

The claim upon which the application for attachment is based is one upon which an attachment may be issued under California Code of Civil Procedure section 483.010.

Plaintiffs have established the probable validity of the claim upon which the application for the attachment is based.

This order was not sought for a purpose other than the recovery upon the claim on which the application for the attachment is based.

The real property located at 735 Royal Oaks Dr, Redding, CA 96001 is currently listed for sale, and there is a substantial risk that it will be sold in the near future. Great or irreparable injury will result to the Plaintiff if this order is not issued because there is a danger that the property sought to be attached would be concealed, substantially impaired in value, and made unavailable to levy by other than concealment or substantial impairment in value. Plaintiffs may also suffer great or irreparable injury because it appears Defendant John Crosby is not paying or is unable to pay his debts as they come due.

The requirements of California Code of Civil Procedure section 485.220 are satisfied, and a temporary protective order should be issued pursuant to California Code of Civil Procedure § 486.010.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Defendant John Crosby and his employees, agents, devisees, spouse, designees, and assignees shall not sell, transfer, or otherwise dispose of, directly or indirectly, any interest in the real property located at 735 Royal Oaks Dr, Redding, CA 96001.

2. The real property located at 735 Royal Oaks Dr, Redding, CA 96001 shall not be sold, transferred, or otherwise disposed of.

3. This order shall expire at the earliest of the following times:

   a. When Plaintiffs levy upon the specific property described in this order;

   b. After noticed hearing on Plaintiffs' motion for right to attach order and writ of attachment, set for February 11, 2021 (ECF No. 504);

   c. 40 days after the issuance of this order.

IT IS SO ORDERED.

Dated: January 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

TEMPORARY PROTECTIVE ORDER; Case No. 15-cv-00538-MCE-DMC

3