STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
GEORGE A. CROTON (#323766)
gcroton@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
KEVIN E. RAYHILL (#267496)
krayhill@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>               **Plaintiffs**,<br><br>v.<br><br>**INES CROSBY**; et al.<br><br>               **Defendants**. | Case No. 15-cv-00538-MCE-DMC<br><br>**STIPULATION AND ORDER RE PROCEEDS OF INVESTMENTS IN CRP111 WEST, CASTELLAN MANAGING MEMBER LLC, 141ST LLC, CRP WEST 168TH STREET LLC, AND CRP SHERMAN AVENUE LLC** |

This stipulation is entered into by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation and Defendants Leslie Lohse and Larry Lohse by and through their respective counsel:

WHEREAS, on March 10, 2015, the Paskenta Band of Nomlaki Indians and Paskenta Enterprises Corporation ("Plaintiffs") filed the initial Complaint in the instant action, and subsequently filed the operative Third Amended Complaint on or about May 20, 2016 (the

"Action");

WHEREAS, on or about June 20, 2016, Defendants Leslie Lohse and Larry Lohse (the "Lohse Defendants") respectively filed Answers to the Third Amended Complaint ("TAC") asserting all applicable affirmative defenses;

WHEREAS, CRP 111 West 141st LLC, CRP West 168th Street LLC, CRP Sherman Avenue LLC are special purpose real estate investment vehicles created by Castellan Managing Member LLC (collectively the "CRP Entities") for the purpose of making investments in residential and retail properties in the New York metropolitan area;

WHEREAS, the Complaint and TAC allege that Defendant Larry Lohse through racketeering activities caused Plaintiffs to loan Larry Lohse $150,000, and alleges that loan was an unauthorized conversion of Plaintiffs' money;

WHEREAS, the Complaint and TAC further allege that the foregoing loan was used to purchase certain interests in CRP 111 West 141st LLC, CRP West 168th Street LLC, CRP Sherman Avenue LLC (collectively the "Subject Interests");

WHEREAS, Plaintiffs and Defendant Larry Lohse seek to resolve Plaintiffs' claims in the Action against Defendants Leslie Lohse and Larry Lohse through, in part, the entry of this stipulated proposed order and the provision to Plaintiffs of the relief it provides;

WHEREAS, pursuant to a stipulation executed by Plaintiffs and CRP Entities and the accompanying Order of this Court (*See* Dkt. 111), the CRP Entities have held in escrow and invested all payments related to the Subject Interests that would otherwise have been made by the CRP Entities (collectively, the "Proceeds") to Defendant Larry Lohse, or any other person;

IT IS HEREBY STIPULATED, by and between Plaintiffs and the Lohse Defendants, by and through their respective counsel, pursuant to Civil Local Rule 143, and subject to approval by the Court:

1. The Paskenta Band of Nomlaki Indians is the rightful owner and holder of all rights, interests, and title to and in the Subject Interests and the Proceeds;
2. All rights, interests, and Title to and in the Subject Interests and the Proceeds is vested in the Paskenta Band of Nomlaki Indians;

STIPULATION AND ORDER RE PROCEEDS OF INVESTMENTS IN CRP111 WEST, CASTELLAN MANAGING MEMBER LLC, 141ST LLC, CRP WEST 168TH STREET LLC, AND CRP SHERMAN AVENUE LLC; Case No. 15-cv-00538-MCE-DMC

2

3. The CRP Entities shall pay and/or transfer, in accordance with instructions from the Paskenta Band of Nomlaki Indians, all rights, interest, and title to and in the Subject Interests and Proceeds, inclusive of any returns earned.

Respectfully submitted,

Dated: December 16, 2020         **GROSS & KLEIN LLP**

                                 By:  */s/Stuart G. Gross*
                                      STUART G. GROSS
                                      *Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

Dated: December 17, 2020         By:  /s/
                                      LESLIE LOHSE
                                      *Defendant in pro per*

Dated: December 17, 2020         By:  /s/
                                      LARRY LOHSE
                                      *Defendant in pro per*

**ORDER**

In accordance with the foregoing stipulation, **IT IS SO ORDERED**.

Dated: January 14, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE PROCEEDS OF INVESTMENTS IN CRP111 WEST, CASTELLAN MANAGING MEMBER LLC, 141ST LLC, CRP WEST 168TH STREET LLC, AND CRP SHERMAN AVENUE LLC; Case No. 15-cv-00538-MCE-DMC

3