**AT-120**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): | FOR COURT USE ONLY |
|---|---|
| **STUART G. GROSS (#251019)**<br>**GROSS & KLEIN LLP**<br>**The Embarcadero, Pier 9, Suite 100, San Francisco, CA 94111**<br>Telephone no: **(415) 671-4628** FAX NO. (Optional): **(415) 480-6688**<br>E-MAIL ADDRESS (Optional): sgross@grosskleinlaw.com<br>ATTORNEY FOR: **Plaintiffs** | |

**United States District Court**
STREET ADDRESS: **501 I Street**
MAILING ADDRESS:
city and zip code: **Sacramento, California, 95814**
branch name: **Eastern District of California**

PLAINTIFF: **Paskenta Band of Nomlaki Indians, et al.**

DEFENDANT: **Ines Crosby, et al.**

| ☒ RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING<br>☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING | CASE NUMBER:<br>15-cv-00538-MCE-DMC |
|---|---|

1. a. The application of plaintiff (*name*): Paskenta Band of Nomlaki Indians and Paskenta Enterprises Corp.
for ☒ a right to attach order and order for issuance of writ of attachment
☐ an order for issuance of additional writ of attachment
against the property of defendant (*name*):
came on for hearing as follows:
   (1) Judge (*name*) Judge Morrison C. England
   (2) Hearing date. February 11, 2021    Time:2:00pm    ☐ Dept.:    ☐ Div.:    ☒ Rm: 7

No opposition was submitted, and the Court, having determined that oral argument would not be of material assistance, submitted the matter on the briefs in accordance with the provisions of E.D. Local Rule 230(g).

2. THE COURT FINDS

**FINDINGS**

   a. Defendant (*specify name*):John Crosby        is a    ☒ natural person  ☐ partnership
      ☐ unincorporated association ☐ corporation ☐ other (*specify*):
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. ☒ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. ☒ The following property of defendant, described in plaintiffs application
      (1) ☐ is exempt from attachment (*specify*):
      **(2)** ☒ is not exempt from attachment (*specify*) the real property at 735 Royal Oaks Dr, Redding, CA 96001, Assessor's Parcel Number 103-680-010-00
   h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt,
      (1) ☐ is exempt from attachment (*specify*):
      (2) ☐ is not exempt from attachment (*specify*):
   i. ☒ An undertaking in the amount of: $10,000    is required before a writ shall issue, and plaintiff
      ☒ has ☐ has not filed an undertaking in that amount.
   j. A Right to Attach Order was issued on (*date*):                    pursuant to
      ☐ Code of Civil Procedure section 484.090 (on hearing) ☐ Code of Civil Procedure section 485.220 (ex parte)
   k. ☐ other (*specify*):

Page 1 of 2
Code of Civil Proc., §§ 482.030, 484.090;
Welfare & Institutions Code, § 15657.01
www.courtinfo.ca.gov

AH20[Rev July 12010]

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**

| SHORT TITLE: — Paskenta Band of Nomlaki Indians, et al. v. Crosby, et al. | CASE NUMBER: 15-cv-00538-MCE-DMC |
|---|---|

## ORDER

3. THE COURT ORDERS
   a. Plaintiff has a right to attach property of defendant *(name)*: John Crosby
      in the amount of: $ 2,705,643.08
   b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.
   c. The clerk shall issue ☒ a writ of attachment  ☐ an additional writ of attachment in the amount stated in item 3a
      ☒ forthwith  ☐ upon the filing of an undertaking in the amount of: $
      (1) ☐ for any property of a defendant who is **not** a natural person for which a method of levy is provided.
      (2) ☒ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows *(specify)*:
          The property at 735 Royal Oaks Dr, Redding, CA 96001, with the Assessor's Parcel Number 103-680-010-00

      (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows *(specify)*:

      (4) ☐ for plaintiffs pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify)*:

   d. ☐ Defendant shall transfer to the levying officer possession of
      (1) ☐ any documentary evidence in defendant's possession of title to any property described in item 3c;
      (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
      (3) ☐ the following property in defendant's possession *(specify)*:

> **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. ☐ Other *(specify)*:

   f. Total number of boxes checked in item 3: _____

IT IS SO ORDERED.

DATED: September 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

AT-120 [Rev. July 1, 2010]

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**