STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
GEORGE A. CROTON (#323766)
gcroton@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**, <br><br> **Plaintiffs**, <br><br> v. <br><br> **INES CROSBY**; et al. <br><br> **Defendants**. | Case No. 15-cv-00538-MCE-DMC <br><br> **PARTIES' STIPULATION AND ORDER RE RELEASE OF UNDERTAKING** |

PARTIES' STIPULATION AND ORDER RE RELEASE OF UNDERTAKING; Case No. 15-cv-00538-MCE-DMC

This stipulation is entered into by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation (the "Tribe") and Defendants Cornerstone Community Bank, Cornerstone Community Bancorp, and Jeffrey Finck ("Cornerstone"); and Umpqua Bank; Umpqua Holdings Corp. ("Umpqua") (collectively, the "Parties"), by and through their respective counsel:

1. WHEREAS, on July 27, 2017, this Court entered its Fee Order awarding attorney's fees and costs to the Cornerstone, Umpqua, Moore, and APC (Docket Nos. 383, 385, 386, and 387). Docket No. 433;

2. WHEREAS, on October 19, 2017, this Court entered its Order Staying Enforcement of Fee Award. Pursuant to the Order Staying Enforcement of Fee Award, the Tribe was required to maintain, until further order by the Court following disposition of the Tribe's appeals, cash and marketable securities worth at least 125% of the fees and costs awarded in a specified investment account, and to serve Cornerstone, Umpqua, Moore, and APC with a quarterly sworn confirmation that the account contained the required amount. Docket No. 448;

3. WHEREAS, the Tribe previously brought a "Motion to Release Plaintiff from Obligations Under October 19, 2017 Order (Dkt. No. 448) Staying Enforcement of Fee Award, as Subject Fees and Costs Have Been Paid" (*See* Dkt. No. 543). Cornerstone and Umpqua opposed the Motion—no other Defendant opposed. Cornerstone and Umpqua now agree that all fees and costs owed have been paid in full and do not object to the release of the Tribe's obligations under the Court's October 19, 2017 Order.

4. WHEREAS, the Tribe has paid in full to the Cornerstone, Umpqua, Moore, and APC all attorney's fees and costs incurred and awarded by the trial court and the Court of Appeal;

5. WHEREAS, the Parties agree that because the fees and costs awarded have been paid to Cornerstone, Umpqua, Moore, and APC, the Order Staying Enforcement of Fee Award is now moot;

**IT IS THEREFORE STIPULATED AND AGREED** by the Parties, through the undersigned, that the Tribe is hereby relieve from any further obligations under the Court's October 19, 2017 Order Staying Enforcement of Fee Award.

Respectfully submitted,

Dated: March 28, 2022

**GROSS & KLEIN LLP**

By: */s/ Stuart G. Gross*
      STUART G. GROSS

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

Dated: March 31, 2022

REED SMITH LLP

By: */s/ Kasey Curtis (authorized 3/22/22)*
      Kasey Curtis

*Attorneys for Defendants Umpqua Bank and Umpqua Holdings Corporation.*

Dated: March 31, 2022

FRIEDMANN GOLDBERG, LLP

By: */s/ John F. Friedemann (authorized 3/25/22)*
      John F. Friedemann

*Attorneys for Defendants Cornerstone Community Bank, Cornerstone Community Bancorp, and Jeffery Finck*

# **ORDER**

Pursuant to the Parties' stipulation, Plaintiff Paskenta Band of Nomlaki Indians is hereby relieved from any further obligations under the Court's October 19, 2017 Order Staying Enforcement of Fee Award. Plaintiffs' Motion to Release Plaintiff From Obligations pursuant to said Order (ECF No. 543) is accordingly DENIED as moot.

IT IS SO ORDERED.

Dated: March 31, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE