STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TRAVIS H. A. SMITH (SBN 331305)
tsmith@grosskleinlaw.com
ROSS A. MIDDLEMISS (SBN 323737)
rmiddlemiss@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians*
*and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**INES CROSBY**; et al.<br><br>Defendants. | Case No. 15-cv-00538-MCE-DMC<br><br>**STIPULATION AND ORDER RE PROCEEDS OF INVESTMENTS IN CRP111 WEST, CASTELLAN MANAGING MEMBER LLC, 141ST LLC, CRP WEST 168TH STREET LLC, AND CRP SHERMAN AVENUE LLC** |

STIPULATION AND ORDER RE PROCEEDS OF INVESTMENTS IN CRP111 WEST, CASTELLAN MANAGING MEMBER LLC, 141ST LLC, CRP WEST 168TH STREET LLC, AND CRP SHERMAN AVENUE LLC; Case No. 15-cv-00538-MCE-DMC

This stipulation is entered into by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation and Defendant John Crosby by and through their respective counsel:

WHEREAS, on March 10, 2015, the Paskenta Band of Nomlaki Indians and Paskenta Enterprises Corporation ("Plaintiffs") filed the initial Complaint in the instant action, and subsequently filed the operative Third Amended Complaint on or about May 20, 2016 (the "Action");

WHEREAS, on or about June 20, 2016, Defendant John Crosby filed his Answer to the Third Amended Complaint ("TAC") asserting all applicable affirmative defenses;

WHEREAS, CRP 111 West 141st LLC, CRP West 168th Street LLC, CRP Sherman Avenue LLC are special purpose real estate investment vehicles created by Castellan Managing Member LLC (collectively the "CRP Entities") for the purpose of making investments in residential and retail properties in the New York metropolitan area;

WHEREAS, Plaintiffs and Defendant John Crosby seek to resolve Plaintiffs' claims in the Action against Defendant John Crosby through, in part, the entry of this stipulated proposed order and the provision to Plaintiffs of the relief it provides;

WHEREAS, pursuant to a stipulation executed by Plaintiffs and CRP Entities and the accompanying Order of this Court (*See* Dkt. 111), the CRP Entities have held in escrow and invested all payments related to the CRP 111 West 141st LLC, CRP West 168th Street LLC, CRP Sherman Avenue LLC (collectively the "Subject Interests") that would otherwise have been made by the CRP Entities (collectively, the "Proceeds") to Defendant John Crosby, or any other person;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant John Crosby, by and through their respective counsel, pursuant to Civil Local Rule 143, and subject to approval by the Court:

1. The Paskenta Band of Nomlaki Indians is the rightful owner and holder of all rights, interests, and title to and in the Subject Interests and the Proceeds;
2. All rights, interests, and Title to and in the Subject Interests and the Proceeds is vested in the Paskenta Band of Nomlaki Indians;

3. The CRP Entities shall pay and/or transfer, in accordance with instructions from the Paskenta Band of Nomlaki Indians, all rights, interest, and title to and in the Subject Interests and Proceeds, inclusive of any returns earned.

Respectfully submitted,

Dated: June 3, 2022     **GROSS & KLEIN LLP**

By: _____/s/_____
STUART G. GROSS
*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

Dated: May 31, 2022     **GRIFFITH & HORN, LLP**

By: _____/s/_____
DAVID R. GRIFFITH
*Attorneys for Defendant John Crosby*

**ORDER**

IT IS SO ORDERED.

Dated: June 16, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE PROCEEDS OF INVESTMENTS IN CRP111 WEST, CASTELLAN MANAGING MEMBER LLC, 141ST LLC, CRP WEST 168TH STREET LLC, AND CRP SHERMAN AVENUE LLC; Case No. 15-cv-00538-MCE-DMC

2