STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
ROSS A. MIDDLEMISS (#323737)
rmiddlemiss@grosskleinlaw.com
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>**Plaintiffs**,<br><br>v.<br><br>**INES CROSBY**; **et al.**<br><br>**Defendants**. | Case No. 2:15-CV-538 MCE DMC<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT FRANK JAMES** |

This stipulation is entered into by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation and Defendant Frank James (collectively, the "Parties"):

Pursuant to Federal Rule of Civil Procedure 41, the Parties stipulate to dismissal of Plaintiffs' claims in the action against Defendant Frank James in their entirety with prejudice pursuant to a confidential settlement agreement entered into between the Parties, with each Party bearing its own attorneys' fees and costs. No claim by Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation against any other Defendant in this action is affected.

Respectfully submitted,

Dated: January 6, 2023   **GROSS KLEIN PC**

By:   */s/ Stuart G. Gross*
STUART G. GROSS
*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

Dated: January 6, 2023   By:   */s/ (Frank James (as authorized 1/3/23)*
FRANK JAMES
*Defendant in pro per*

**ORDER**

IT IS SO ORDERED.

DATED: January 11, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT FRANK JAMES;
Case No. 15-cv-00538-MCE-DMC

1