UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASKENTA BAND OF NOMLAKI INDIANS; and PASKENTA ENTERPRISES CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> INES CROSBY; et al., <br><br> Defendants. | No. 2:15-cv-00538-MCE-CMK <br><br> **ORDER** |

On April 28, 2023, this Court issued an Order to Show Cause directing Defendant Sherry Myers " to show cause . . . in writing as to why sanctions, up to and including the striking of her answer, should not be imposed for failure to comply with the applicable rules and orders of this Court." ECF No. 570.  Defendant's response was due on May 8, 2023, and the Court made clear that "[f]ailure to timely comply with this OSC [would] result in the imposition of sanctions upon no further notice to the parties." Id.  To date, no response has been received.

///

///

///

///

1

Accordingly, Defendant Sherry Myer's Answer is hereby STRICKEN.  Not later than twenty (20) days following the date this Order is electronically filed, Plaintiffs are directed to seek entry of default against this Defendant.

IT IS SO ORDERED.

Dated:  May 23, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE