STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TRAVIS H. A. SMITH (SBN 331305)
tsmith@grosskleinlaw.com
ROSS A. MIDDLEMISS (SBN 323737)
rmiddlemiss@grosskleinlaw.com
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>**Plaintiffs**,<br><br>v.<br><br>**INES CROSBY**; **et al.**<br><br>**Defendants**. | Case No. 15-cv-00538-MCE-DMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANT TED PATA**<br><br>Date: June 15, 2023<br>Time: 10:00 a.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr. |

**ORDER**

This matter came before the Court on Plaintiffs' Motion to Dismiss Defendant Ted Pata. Having considered the briefs and other documents and evidence submitted, and for good cause appearing therefore, the Court orders as follows:

Defendant Ted Pata is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: May 24, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE