1 | STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
2 | ROSS A. MIDDLEMISS (#323737)
rmiddlemiss@grosskleinlaw.com
3 | **GROSS KLEIN PC**
The Embarcadero
4 | Pier 9, Suite 100
San Francisco, CA 94111
5 | t (415) 671-4628
f (415) 480-6688
6 |

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

7

8 *Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians*
*and the Paskenta Enterprises Corporation*

9

10 **UNITED STATES DISTRICT COURT**

11 **EASTERN DISTRICT OF CALIFORNIA**

12 **PASKENTA BAND OF NOMLAKI INDIANS**;
and **PASKENTA ENTERPRISES**
13 **CORPORATION**,

14                   **Plaintiffs**,

15     v.

16 **INES CROSBY**; **et al.**

17

18                   **Defendants**.

Case No. 15-cv-00538-MCE-DMC

**PARTIES' STIPULATION RE: SETTLEMENT CONFERENCE**

19

20

21

22

23

24

25

26

27

28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

PARTIES' STIPULATION RE: SETTLEMENT CONFERENCE; Case No. 15-cv-00538-MCE-DMC

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1       This stipulation is entered into by Plaintiffs the Paskenta Band of Nomlaki Indians and the

2 Paskenta Enterprises Corporation (collectively, "Plaintiffs") and Defendant Chris Pata ("Chris

3 Pata", and collectively with Plaintiffs, the "Parties"):

4       WHEREAS, on April 28, 2023, the Court referred this matter to Magistrate Judge Carolyn

5 K. Delaney for a settlement conference between Plaintiffs and Chris Pata;

6       WHEREAS, on May 5, 2023, a settlement conference was set before Magistrate Judge

7 Delaney on June 6, 2023 at 9:30 a.m. via Zoom;

8       WHEREAS, on May 25, 2023, counsel for Plaintiffs informed Chris Pata and the Court

9 that, due to unforeseen delays in an ongoing trial, lead counsel for Plaintiffs would not be

10 available on June 6, 2023; and

11       WHEREAS, the Parties have met and conferred on available dates for the settlement

12 conference;

13       Now, therefore, IT IS HEREBY STIPULATED by and between Plaintiffs and Chris Pata

14 as follows, subject to the Court's approval:

15     1) The June 6, 2023 Settlement Conference shall be continued to July 27, 2023 at 9:30

16       a.m. via Zoom; and

17     2) The Parties shall file their confidential settlement statements to the Court no later than

18       7 days prior to the Settlement Conference.

19

20

21 Dated: June 8, 2023          **GROSS KLEIN PC**

22                 By:   */s/ Stuart G. Gross*

23                     STUART G. GROSS
                    *Attorneys for Plaintiffs the Paskenta Band of*

24                     *Nomlaki Indians and the Paskenta Enterprises*
                    *Corporation*

25

26

27 Dated: June 8, 2023          By:   */s/ Chris Pata (as authorized 6/8/23)*
                    CHRIS PATA

28                     *Defendant in pro per*

1

## ORDER

2          PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3

4      Dated:  June 9, 2023

5                                                        CAROLYN K. DELANEY
                                                         UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

PARTIES' STIPULATION RE: SETTLEMENT CONFERENCE; Case No. 15-cv-00538-MCE-DMC