STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TRAVIS H. A. SMITH (SBN 331305)
tsmith@grosskleinlaw.com
ROSS A. MIDDLEMISS (SBN 323737)
rmiddlemiss@grosskleinlaw.com
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**, <br><br> **Plaintiffs**, <br><br> v. <br><br> **INES CROSBY**; et al. <br><br> **Defendants**. | Case No. 15-cv-00538-MCE-DMC <br><br> **PLAINTIFFS' NOTICE OF SETTLEMENT WITH SHERRY MYERS** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL: PLEASE TAKE NOTICE that Plaintiffs the Paskenta Band of Nomlaki Indians ("Tribe") and Paskenta Enterprises Corporation ("PEC") (collectively "Plaintiffs") entered into a settlement agreement with Defendant Sherry Myers on August 28, 2023. Plaintiffs will file a Request for Dismissal of their claims against Ms. Myers within seven business days of Ms. Myers's satisfaction of her obligations under the settlement agreement, which must occur on or before September 27, 2023.

Dated: September 1, 2023                **GROSS KLEIN PC**

                                        By:  */s/ Stuart G. Gross*
                                             STUART G. GROSS

# CERTIFICATE OF SERVICE

I, Ian Atkinson-Young, am over 18 years old and am not a party to the below-referenced case. My business address is Gross Klein PC, The Embarcadero, Pier 9, Suite 100, San Francisco California, 94111. On September 1, 2023, I served the foregoing document in the manner described below:

**X**   **BY E-MAIL:** by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Chris Pata<br>2528 Scott Dr,<br>Juneau, AK 99801<br>chris.allen.pata@gmail.com<br><br>Sherry Myers<br>14075 S Bangerter Parkway #455<br>Draper, UT 84020<br>sherbear0519@yahoo.com | *Defendants Pro Se* |

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on September 1, 2023.

By: _____
Ian Atkinson-Young