STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TRAVIS H. A. SMITH (SBN 331305)
tsmith@grosskleinlaw.com
ROSS A. MIDDLEMISS (SBN 323737)
rmiddlemiss@grosskleinlaw.com
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>**Plaintiffs**,<br><br>v.<br><br>**INES CROSBY**; et al.<br><br>**Defendants**. | Case No. 15-cv-00538-MCE-DMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF EXTENDING DEADLINES PURSUANT TO LOCAL RULE 160** |

# ORDER

This matter came before the Court on Plaintiffs' Motion for Administrative Relief Extending Deadlines Pursuant to Local Rule 160. Having considered the briefs and other documents and evidence submitted, and for good cause appearing therefore, the Court orders as follows:

Plaintiffs' deadline to file Requests for Dismissal as to Defendants Chris Pata and Sherry Myers pursuant to Local Rule 160(b) is hereby extended to February 7, 2024.

IT IS SO ORDERED.

Dated: September 7, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF EXTENDING DEADINGS PURSUANT TO LOCAL RULE 160; Case No. 15-cv-00538-MCE-DMC

1