STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
ROSS A. MIDDLEMISS (#323737)
rmiddlemiss@grosskleinlaw.com
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

JOSEPH R. SAVERI (#130064)
jsaveri@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (#318371)
cyoung@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
t (415) 500-6800
f (415) 395-9940

*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians
and the Paskenta Enterprises Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PASKENTA BAND OF NOMLAKI INDIANS**; and **PASKENTA ENTERPRISES CORPORATION**,<br><br>            Plaintiffs,<br><br>      v.<br><br>**INES CROSBY**; et al.<br><br>            Defendants. | Case No. 15-cv-00538-MCE-DMC<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT CHRIS PATA; ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs the Paskenta Band of Nomlaki Indians and Paskenta Enterprises Corporation hereby dismiss their claims against Defendant Chris Pata with prejudice pursuant to a confidential settlement agreement entered into between Plaintiffs and Chris Pata, with each party bearing its own attorneys' fees and costs.

Concurrently, herewith, Plaintiffs have filed Proposed Stipulation for Entry of Final Judgment and Order as to Defendants Ines Crosby and John Crosby ("Proposed Judgment").

Together with Proposed Judgment, the instant dismissal of claims against Defendant Chris Pata disposes of all remaining claims in this matter.

Respectfully submitted,

Dated: January 31, 2024   **GROSS KLEIN PC**

By: _/s/ Stuart G. Gross_
STUART G. GROSS
*Attorneys for Plaintiffs the Paskenta Band of Nomlaki Indians and the Paskenta Enterprises Corporation*

**ORDER**

IT IS SO ORDERED.

Dated: February 6, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE