## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PASKENTA BAND OF NOMLAKI INDIANS, ET AL.,**

CASE NO: **2:15–CV–00538–MCE–DMC**

v.

**INES CROSBY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/07/24**

**Keith Holland**
Clerk of Court

ENTERED: **February 7, 2024**

by: /s/ V. Licea Chavez
Deputy Clerk